**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-7224**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DENNIS ELIJAH JEMISON, a/k/a D.J., a/k/a Larry
R. Mathis,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Jerome B. Friedman, District
Judge.  (CR-97-117, CA-01-395-2)

---

Submitted:  January 30, 2002        Decided:  February 4, 2003

---

Before WIDENER, NIEMEYER, and TRAXLER, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Dennis Elijah Jemison, Appellant Pro Se.  Janet S. Reincke, OFFICE
OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Dennis Elijah Jemison seeks to appeal the district court's order denying his motions for reconsideration of the denial of his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude on the reasoning of the district court that Jemison has not made a substantial showing of the denial of a constitutional right. See United States v. Jemison, Nos. CR-97-117; CA-01-395-2 (E.D. Va. filed July 19, 2002 & entered July 22, 2002; Aug. 9, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED